1  SEYFARTH SHAW LLP
   Kristina M. Launey (SBN 221335)
2  klauney@seyfarth.com
   400 Capitol Mall, Suite 2350
3  Sacramento, California 95814
   Telephone:    (916) 448-0159
4  Facsimile:    (916) 558-4839

5  SEYFARTH SHAW LLP
   Myra B. Villamor (SBN 232912)
6  mvillamor@seyfarth.com
   2029 Century Park East, Suite 3500
7  Los Angeles, California 90071
   Telephone:    (310) 277-7200
8  Facsimile:    (310) 201-521

9  Attorneys for Defendant
   WINCO FOODS, LLC
10
                    UNITED STATES DISTRICT COURT
11
                    EASTERN DISTRICT OF CALIFORNIA
12

13 ROBERT KALANI,                              ) Case No. 2:16-cv-02226 MCE-EFB
                                               )
14         Plaintiff,                          ) **STIPULATION AND ORDER**
                                               ) **EXTENDING DEFENDANT'S**
15     v.                                      ) **DEADLINE TO RESPOND TO**
                                               ) **PLAINTIFF'S COMPLAINT**
16 WINCO FOODS, LLC, a Delaware limited        )
   liability company, dba WINCO FOODS #54,     ) **[L.R. 144(A)]**
17                                             )
           Defendant.                          )
18                                             )

19      Pursuant to the provisions of Local Rule 144(a), Plaintiff Robert Kalani ("Plaintiff") and

20 Defendant WinCo Foods, LLC ("Defendant"), by and through their respective counsel, hereby

21 stipulate that WinCo may have a 14-day extension of time in which to respond to Plaintiff's

22 Complaint.  Pursuant to this extension, a response by Defendant shall be due on or before

23 November 16, 2016.

24      This stipulation will not affect or alter any deadline previously set by Court order.

25 ///

26 ///

27 ///

28 ///

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT
35603329v.1

The reason for the present extension is that the parties are in the midst of negotiating a resolution of this matter.

Pursuant to Local Rule 131(e), counsel for Plaintiff has authorized submission of this document on her behalf.

DATED:  October 28, 2016                                      SEYFARTH SHAW LLP


By   /s/  Myra B. Villamor
    Myra B. Villamor
Attorneys for Defendant
WinCo Foods, LLC

DATED:  October 28, 2016                                      MOORE LAW FIRM, P.C.


By   /s/ Tanya E. Moore
    Tanya E. Moore
Attorneys for Plaintiff
Robert Kalani

## ORDER

Based on the foregoing stipulation, and good cause appearing,  the deadline for Defendant to respondent to Plaintiff's Complaint is hereby extended to November 16, 2016.

IT IS SO ORDERED.

DATED:  November 4, 2016

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

-2-
STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT
35603329v.1